UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRE L. BONDS,<br><br>                   Petitioner,<br><br>       v.<br><br>PATRICK GLEBE,<br><br>                   Respondent. | No. C15-5204 RBL-KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For:  June 5, 2015** |

On April 3, 2015, Petitioner Andre L. Bonds filed a proposed petition for writ of habeas corpus.  Dkt. 1.  On May 11, 2015, Mr. Bonds paid the $5.00 filing fee (Receipt No. T-12966).  Dkt. 3.  On May 11, 2015, Mr. Bonds filed a motion for leave to proceed *in forma pauperis* (IFP).  Dkt. 5.  Because Mr. Bonds has paid the filing fee, the Court should deny the IFP application.

**DISCUSSION**

A district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigency.  See 28 U.S.C. § 1915(a).  However, the court has broad discretion in denying an IFP application.  *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).  Mr. Bonds paid the $5.00 filing fee on May 11, 2015 and therefore, his IFP application is moot.  The undersigned recommends that the Court deny Mr. Bonds' IFP application (Dkt. 5).

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have
2  fourteen (14) days from service of this Report and Recommendation to file written objections
3  thereto. See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those
4  objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the
5  time limit imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **June
6  5, 2015**, as noted in the caption.

**DATED** this 15th day of May, 2015.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2