UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANDRE L. BONDS, | |
|---|---|
| Petitioner, | No. C15-5204 RBL-KLS |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| PATRICK GLEBE, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted.

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. 5) is **DENIED**.

(3) The Clerk is directed to send directed to send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 5th day of June, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1